JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN PERUCCA, an individual, )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>VANDENBERG CHASE AND )<br>ASSOCIATES LLC, )<br>)<br>Defendant. )<br>)<br>) | **Case Action No.:**<br>**CV 11-8432 JFW (FFMx)**<br><br>**JUDGMENT** |

## JUDGMENT

Having reviewed the Application for Default Judgment by this Court and Motion for Attorney's Fees and Costs submitted by Plaintiff in this action, Defendant Vandenberg Chase and Associated LLC having not filed an opposition, and finding that good cause exists for the granting of default judgment, judgment is hereby entered as follows:

Judgment is entered in favor of Plaintiff Shawn Perucca and against Vandenberg Chase and Associates in the amount of $28,595.00, which consists of:

Statutory Damages pursuant to the Fair Debt Collection Practices Act in the amount of $ 1,000.00.

Statutory Damages pursuant to the Rosenthal Fair Debt Collection Practices Act in the amount of $1,000.00.

Actual Damages in the amount of $ 4,000.00.

Statutory Damages pursuant to the Telephone Consumer Protection Act in the amount of $17,500.00.

Costs in the amount of $ 440.00.

Attorney's Fees in the amount of $4,655.00, the Court having found that the time expended and the Attorney Stephanie Tatar's $350.00 rate charged are reasonable.

Dated: April 10, 2012

_____
Hon. John F. Walter
United States District Judge